IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN L. MAPUATULI,<br><br>Defendant. | Case No. 12-cr-001301-DKW-1<br><br>**ORDER GRANTING REQUEST FOR INDICATIVE RULING REGARDING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |

On January 8, 2021, Defendant Alan Mapuatuli filed a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) ("compassionate release motion"). Dkt. No. 374. Mapuatuli asks the Court to reduce his sentence to time served because he is suffering from significant medical conditions, including end stage kidney failure, COVID-19, and a recent stroke. *Id.* at 13. Acknowledging Mapuatuli's rapidly deteriorating health, the Government, on February 6, 2021, filed a statement of no opposition to the compassionate release motion. Dkt. No. 382.

Because of Mapuatuli's pending appeal,[1] the Court does not have jurisdiction to grant Mapuatuli's compassionate release motion at this time. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 ("The filing of a notice

---

[1]*United States v. Mapuatuli*, Criminal No. 12-CR-01301-DKW-1 (D. Haw. July 5, 2019), *appeal docketed*, No. 19-10233 (9th Cir. July 12, 2019).

of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). This is especially so because Mapuatuli's appeal concerns the sentence he now asks the Court to reduce. *See* Dkt. No. 374 at 4–5. Given this fact, Mapuatuli requests that the Court issue an indicative ruling, stating it would grant Mapuatuli's compassionate release motion if the Ninth Circuit remands the case. Dkt. No. 383.

The Court hereby GRANTS Mapuatuli's request for an indicative ruling, Dkt. No. 383. For good cause appearing, the Court would grant Mapuatuli's compassionate release motion if the Ninth Circuit remands the case for that purpose. *See* Fed. R. Crim. P. 37(a)(3). The Court instructs the parties to immediately notify the Ninth Circuit of this Order and to likewise immediately notify this Court of any resulting action by the Ninth Circuit. *See* Fed. R. Crim. P. 37(b).

IT IS SO ORDERED.

DATED: February 8, 2021 at Honolulu, Hawai'i.



Derrick K. Watson
United States District Judge

---

*United States v. Mapuatuli*, Criminal No. 12-01301-DKW-1, **ORDER GRANTING REQUEST FOR INDICATIVE RULING REGARDING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**